IT IS SO ORDERED:

_____
David N. Hurd
United States District Judge

Dated: March 10, 2016
       Utica, NY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

OUDERKIRK RTP, INC.,

                                Plaintiff,

-against-

PETER L. ARNOS AND EDNAMAE ARNOS,
FASHION CARE LAUNDRY & DRY CLEANERS INC.,
HYUN SHIK CHUN and NEW FASHION CARE
LAUNDRY & DRY CLEANERS, INC.,

                                Defendants.

**STIPULATION OF DISCONTINUANCE**

Civil Action No.:
1:14-cv-00767

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to have appeared in the above entitled actions, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of these actions, the above entitled action together with all cross-claims and counterclaims be, and the same hereby is discontinued, without prejudice, and without costs to any party as against any other. It is expressly understood that in the event this action is re-commenced, no party shall be entitled to the costs associated with this action. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: March 1, 2016

_____
David C. Rowley, Esq.
Bar Roll No. 103500
Cooper Erving & Savage LLP
Attorneys for Plaintiff
39 North Pearl Street
Albany, New York 12207

_____
Michael G. Sterthous, Esq.
Bar Roll No.: 507151
Whiteman Osterman & Hanna LLP
Attorneys for Defendants Peter L. Arnos and
Ednamae Arnos, Fashion Care Laundry & Dry
Cleaners Inc.,
One Commerce Plaza
Albany, NY 12260

_____
Dale Desnoyers, Esq.
Bar Roll No.: 243152
Allen & Desnoyers LLP
Attorneys for Defendants
Hyun Shik Chun and New Fashion Care
Laundry & Dry Cleaners, Inc.
90 State Street, Suite 1009
Albany, NY 12207

229046